KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111-2541
Telephone:   (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff GUCCI AMERICA, INC.,

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, <br><br> Plaintiff, <br> v. <br><br> FU MEI QING, an individual, d/b/a MJ BEAUTY COLLECTION, ON WAH WONG, an individual, d/b/a BEYOND JEWELRY, and DOES 1-10, <br><br> Defendants. | Case No. C 13-01198 NC <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stephen M. Gaffigan, an active member in good standing of the bar of the U.S. District for the Southern District of Florida, whose business address and telephone number is 401 East Las Olas Boulevard, Suite 130-453, Ft. Lauderdale, Florida 33301, (954) 767-4819, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Gucci America, Inc..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/19/2013

CLAUDIA WILKEN

1