IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUCCI AMERICA,

        Plaintiff,

   v.

FU MEI QING, et al.,

        Defendants.

_____/

No. C 13-01198 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES

On June 19, 2013, a case management conference was held in the above-captioned case. Anne Kearns appeared for Plaintiff. Shelley S. Buchanan appeared for Defendant; Mei Fu Qing appeared pro se. On July 8, 2013, the parties executed a consent form to proceed before United States Magistrate Judge Cousins. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Cousins to be heard and considered at the convenience of his calendar. Counsel shall contact Lili Harrell, Magistrate Judge Cousins' Courtroom Deputy at (415) 522-2039 to set up a telephonic status conference to confirm dates. Magistrate Judge Cousins will set a trial date on, about or before **7/21/2014**.

IT IS FURTHER ORDERED, that the following case management dates are set:

Completion of discovery other than from experts: **1/3/2014**

Disclosure of identities and reports of expert witnesses: **2/4/2014**

Rebuttal: **2/25/2014**

Completion of discovery from experts: **3/15/2014**

All motions directed to the merits of the case noticed for hearing no later than: **4/24/2014**

Dated: 7/11/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef; NC