AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

GUCCI AMERICA, INC.

         Plaintiff (s),

V.

FU MEI QING, etc. et al.

         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-01198 CW

Notice is hereby given that, subject to approval by the court, Defendant CI HONG WANG substitutes
                      (Party (s) Name)

Julian J. Pardini  , State Bar No. 133878   as counsel of record in
(Name of New Attorney)

place of Shelley S. Buchanan.
     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   Lewis Brisbois Bisgaard & Smith LLP
 Address:   333 Bush Street, Suite 1100 San Francisco, California 94104
 Telephone:   (415) 362-2580     Facsimile (415) 434-0882
 E-Mail (Optional):   pardini@lbbslaw.com

I consent to the above substitution.

Date: 06.28.13

                 Defendant
                 CI HONG WANG
                 (Signature of Party (s))

I consent to being substituted.

Date: June 28, 2013

                 Attorney at Law
                 SHELLEY S. BUCHANAN
                 (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6/27/13

                 Lewis Brisbois Bisgaard & Smith LLP

                 (Signature of New Attorney)
                 JULIAN J. PARDINI

The substitution of attorney is hereby approved and so ORDERED.

Date: July 11, 2013

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

GRANTED
Judge Nathanael M. Cousins