AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

GUCCI AMERICA, INC.

                        Plaintiff (s),

V.

FU MEI QING, etc. et al.

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-01198 CW

Notice is hereby given that, subject to approval by the court, Defendant __CI HONG WANG__ substitutes
(Party (s) Name)

__Hong Lu_____, State Bar No. __280219__ as counsel of record in
(Name of New Attorney)

place of __Shelley S. Buchanan_____
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 221 N. Figueroa Street, Suite 1200 Los Angeles, CA 90012 |
| Telephone: | (213) 250-1800      Facsimile (213) 250-7900 |
| E-Mail (Optional): | hlu@lbbslaw.com |

I consent to the above substitution.

Date: __06.28.13__

I consent to being substituted.

Date: __June 28, 2013__

I consent to the above substitution.
Date: __6/27/13__

Defendant
**CI HONG WANG**
(Signature of Party (s))

_[signature]_
Attorney at Law
**SHELLEY S. BUCHANAN**
(Signature of Former Attorney (s))
Lewis Brisbois Bisgaard & Smith LLP

_[signature]_
(Signature of New Attorney)
**HONG LU**

The substitution of attorney is hereby approved and so ORDERED.

Date: __July 11, 2013__

HON. CLAUDIA ~~~~
        Judge

**GRANTED**
_[signature]_
Judge Nathanael M. Cousins

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]