AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

GUCCI AMERICA, INC.

       Plaintiff (s),

V.

FU MEI QING, etc. et al.

       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV13-01198 CW

Notice is hereby given that, subject to approval by the court, Defendant CI HONG WANG substitutes
(Party (s) Name)

Hong Lu _____, State Bar No. 280219 as counsel of record in
(Name of New Attorney)

place of Shelley S. Buchanan
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 221 N. Figueroa Street, Suite 1200 Los Angeles, CA 90012 |
| Telephone: | (213) 250-1800  Facsimile (213) 250-7900 |
| E-Mail (Optional): | hlu@lbbslaw.com |

I consent to the above substitution.

Date: 06.28.13

Defendant
CI HONG WANG
(Signature of Party (s))

I consent to being substituted.

Date: June 28, 2013

Attorney at Law
SHELLEY S. BUCHANAN
(Signature of Former Attorney (s))
Lewis Brisbois Bisgaard & Smith LLP

I consent to the above substitution.
Date: 6/27/13

HONG LU
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 11, 2013

HON. CLAUDIA ~~~~~~~~~~~

**GRANTED**
Judge Nathanael M. Cousins

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]